

# The Attorney General of Texas

March 10, 1978

JOHN L. HILL
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity
Affirmative Action Employer

Honorable Joe Resweber
County Attorney
Harris County Courthouse
Houston, Texas 77002

Opinion No. H- 1133

Re: Legal advice and representation for Harris County Juvenile Board.

Dear Mr. Resweber:

Your office has in the past rendered legal advice and has represented the Harris County Juvenile Board. You ask in essence whether you must continue to do so in light of the enactment of the Family District Court Act, V.T.C.S. art. 1926a, which converted domestic relations courts and special juvenile courts to family district courts.

The Harris County Juvenile Board was established by article 5139VV, V.T.C.S. It was composed of "the county judge, the judges of the juvenile courts, a judge selected by the judges of those district-level courts hearing primarily family law matters, a judge selected by the judges of those district courts hearing primarily civil matters, and a judge selected by the judges of those district-level courts hearing primarily criminal matters." The Family District Court Act expressly provides that the "Act does not affect the composition or organization of any juvenile board . . . except that the judges of the courts of domestic relations and of the juvenile courts are replaced by the family district court judges." V.T.C.S. art. 1926a, § 1.07(e).

The Harris County Juvenile Board could and did previously include district-level judges in its membership and still does. The Family District Court Act expressly disclaims any purpose to change the nature of juvenile boards.

In our opinion, your duty to advise and represent the Board has not been changed by the Act.

## SUMMARY

The duty of the County Attorney of Harris County to represent and advise the Harris County Juvenile Board was not changed by the Family District Court Act.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jst